UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ADDISA JAHRUSALEM FRANCIS,**

    Petitioner,

v.                                                      Case No. 8:22-cv-2009-MSS-SPF

**UNITED STATES OF AMERICA,** *et al.*,

    Respondents.
_____/

## O R D E R

Francis, also known as Jacqueline Dennis, files a *pro se* document (Doc. 1) titled "Writ of Habeas Corpus" and challenges her convictions and sentences for conspiracy to kill a federal official and use of interstate commerce facilities in the commission of murder for hire. After a jury found Francis guilty of the crimes, Judge Steven Merryday sentenced her to 365 months of prison followed by five years of supervised release for the conspiracy conviction and a concurrent 120 months followed by three years of supervised release for the other convictions. *United States v. Dennis*, No. 8:93-cr-304-SDM-TGW (M.D. Fla.), ECF No. 348. On June 28, 2021, Judge Merryday adjudicated Francis guilty of violating conditions of her supervised released. *Id.*, ECF No. 550.

Accordingly, this action is **TRANSFERRED** to Judge Merryday, with his consent, for all further proceedings. M.D. Fla. L.R. 1.07(a)(2).

**DONE AND ORDERED** in Tampa, Florida on September 7, 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE